IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>KRISPY KREME DOUGHNUT CORP.,<br>    Garnishee,<br>and<br>ANGELA DICKERSON,<br>    Defendant. | Case No. 2:24-cv-02953-SHL-atc<br>Reference Case No. 2:05-cr-20430-JPM-2 |

### ORDER OF GARNISHMENT

The United States of America seeks an order of garnishment directed to Krispy Kreme Doughnut Corp. to satisfy the judgment entered against Angela Dickerson in case number 2:05-cr-20430-JPM-2. The United States served Krispy Kreme with the Writ of Garnishment on January 23, and it filed its answer three weeks later. (ECF No. 6 at PageID 47.) Krispy Kreme states that it currently employs Dickerson and pays her weekly for her work. (Id. at PageID 47–48.) Dickerson was notified of her right to a hearing but has not requested one to object to Krispy Kreme's answer or to determine exempt property.

There being no objection, Krispy Kreme is **ORDERED** to pay 25% of Dickerson's non-exempt disposable earnings for each pay period, withheld from the date of service of the Writ of Garnishment to date, to the United States of America, and continue to withhold and pay over to the United States of America any additional non-exempt disposal earnings and other personal property belonging to Dickerson weekly, as should come into Krispy Kreme's possession or control in the future until the above-referenced judgment is paid in full, the judgment is satisfied, a court order quashes the writ, the property in the possession or control of Krispy Kreme is

exhausted, or Dickerson separates from Krispy Kreme's employment under 28 U.S.C. § 3205(c)(10).

**IT IS FURTHER ORDERED** that Krispy Kreme pay over such property to the United States of America, through the United States District Court Clerk, and mail each remittance to **United States District Court Clerk, Western Division Office, 167 North Main Street, Room 242, Memphis, TN 38103, referencing case number 2:05-cr-20430-JPM-2.**

**IT IS SO ORDERED**, this 1st day of April, 2025.

                                              s/ Sheryl H. Lipman
                                              SHERYL H. LIPMAN
                                              CHIEF UNITED STATES DISTRICT JUDGE